United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

June 2, 2003

TO COUNSEL OF RECORD AND MR. WEASELBOY

RE: Fidelity and Guaranty Life Ins. v. Weaselboy, et al.
   Civil Action No. WDQ-02-3629

Dear Counsel and Mr. Weaselboy:

In accordance with Judge Smalkin's scheduling order of January 27, 2003, the parties were to complete discovery and file a status report by May 27, 2003. This deadline has passed, and nothing has been filed with the Court.

Accordingly, the parties are directed to submit a status report to the Clerk of Court on or before June 13, 2003. The status report should cover all matters enumerated in the January 27, 2003 scheduling order.

Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge