LAW OFFICES

# N<small>EUBERGER</small>, Q<small>UINN</small>, G<small>IELEN</small>, R<small>UBIN</small> & G<small>IBBER</small>, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com

J<small>ASON</small> M. S<small>T</small>. J<small>OHN</small>
(410) 332-8520

F<small>AX</small> N<small>O</small>.
(410) 951-6032
E-MAIL ADDRESS:
JMS@NQGRG.COM

June 19, 2003

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

      RE:    F&G Life Insurance Company v. Myron M. Weaselboy, *et al.*
            Civil Action No. 1:02-cv-03629-WDQ

Dear Judge Quarles:

      I represent Singer Asset Finance Company, L.L.C. ("Singer"), an interpleader defendant and cross-claimant in the above-referenced case. On June 13, 2003, I submitted to this Court a joint status report on behalf of all parties and informed the Court that I would provide an updated status report following a settlement conference to be held this week.

      The parties engaged in two-25 minute conference calls this week in an effort to reach a settlement of this case, however, the parties were unable to resolve the matter. The parties also discussed and agreed that they would not consent to referring this case to a United States Magistrate Judge.

      The parties did agree to briefly extend the deadline to file dispositive motions from June 27, 2003 to July 22, 2003, and therefore, jointly ask this Court to extend the deadline to file dispositive motions to July 22, 2003.

      Thank you for your consideration. Of course, I am available at the Court's convenience to discuss any questions.

June 19, 2003
Page Two


                                  Very truly yours,

                                            /s/

                                  Jason M. St. John


JMS;pd
cc:    Counsel of Record (via ECF System)
        Myron M. Weaselboy (via U.S. Mail)


SO ORDERED:

_____
The Honorable William D. Quarles,
United States District Court for the District of Maryland
Northern Division


185364.2
1922.11