LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com

JASON M. ST. JOHN
(410) 332-8520

FAX NO.
(410) 951-6032
E-MAIL ADDRESS:
JMS@NQGRG.COM

July 16, 2003

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

      RE:    F&G Life Insurance Company v. Myron M. Weaselboy, *et al.*
               Civil Action No. 1:02-cv-03629-WDQ

Dear Judge Quarles:

      I represent Singer Asset Finance Company, L.L.C. ("Singer"), an interpleader defendant and cross-claimant in the above-referenced case. On June 19, 2003, I submitted to this Court a joint status report on behalf of all parties and informed the Court that the parties engaged in two-25 minute conference during the week of June 16th in an effort to reach a settlement of this case, however, the parties were unable to resolve the matter. The parties did agree to briefly extend the deadline to file dispositive motions to July 22, 2003, and asked this Court to extend the deadline to file dispositive motions to July 22, 2003, which this Court has subsequently so ordered. As of June 19, 2003, Singer is the only party to indicate to this Court that it intends to file a dispositive motion.

      Last week, counsel for Plaintiff, F&G Life Insurance Company, initiated significant dialogue among the parties in an effort to reach a settlement of the case. Singer is hopeful that a settlement will soon result from these renewed discussions, and therefore, in the interest of conserving judicial resources and the legal expenses of the parties, Singer requests that the Court extend the deadline to file dispositive motions for an additional two (3) weeks to August 5, 2003.

      Thank you for your consideration. Of course, I am available at the Court's convenience to discuss any questions.

July 16, 2003
Page Two

                                      Very truly yours,

                                                /s/

                                      Jason M. St. John

JMS;pd
cc:    Counsel of Record (via ECF System)
        Myron M. Weaselboy (via U.S. Mail)

SO ORDERED:

_____
The Honorable William D. Quarles,
United States District Court for the District of Maryland
Northern Division

185364.3
1922.11