UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, *et al.*, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 02-CV-3629-WDQ |
| MYRON M. WEASELBOY, *et al.,* | : | |
| Defendants. | : | |

**DEFENDANT SINGER ASSET FINANCE COMPANY,
L.L.C.'s MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56(c)**

Defendant and Cross Claimant Singer Asset Finance Company, L.L.C. ("Singer"), by its undersigned attorneys, hereby moves pursuant to Fed. R. Civ. P. 56(c) for summary judgment on all claims raised in the Complaint for Interpleader and Count I of its Cross Claim in this Action.

In support of this Motion, Singer is submitting herewith its Memorandum of Law and the Affidavit of Kenneth R. Barnett with Exhibits.

WHEREFORE, Defendant Singer Asset Finance Company, L.L.C. respectfully requests that this Court grant its Motion for Summary Judgment and (i) award to Singer all payments paid by Plaintiff Fidelity & Guaranty Life Insurance Company into the Registry of the Court; and (ii) direct F&G Life to make future payments under the annuity contract No. 1634331 to Singer until satisfaction of Singer's final money judgment from the Florida Circuit Court against Defendant Myron Weaselboy.

Dated: August 5, 2003                    Respectfully submitted,

                                                NEUBERGER, QUINN, GIELEN, RUBIN
                                                & GIBBER, P.A.

                                                                             /s/
                                              By:_____
                                              Price O. Gielen, Bar No. 00577
                                              Jason M. St. John, Bar No. 26384
                                              27th Floor
                                              One South Street
                                              Baltimore, Maryland 21202
                                              (410) 332-8550

Of Counsel:
Paul McDonald
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, West Tower
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Attorneys for Defendant
Singer Asset Finance Company, L.L.C.

187660
1922.11

2