UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, *et al.*, : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. 02-CV-3629-WDQ |
| MYRON M. WEASELBOY, *et al.*, : : | |
| Defendants. : | |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits A-I, which are attachments to the Memorandum in Support of Singer Asset Finance Company, LLC's Motion for Summary Judgment (the "Memo") exist only in paper format and if scanned collectively will be larger than 1.5 MB. Complete copies of Exhibits A-I that are attachments to the Memo will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

Respectfully submitted,

_____/s/_____
JASON M. ST. JOHN
Trial Bar No. 26384
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202-3282
(410) 332-8520

Attorneys for Singer Asset Finance Company, LLC

187669
1922.11

184714; 2650.1