**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE | : | |
| INSURANCE COMPANY, *et al*., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 02-CV-3629-WDQ |
| MYRON M. WEASELBOY, *et al.,* | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING SINGER ASSET FINANCE COMPANY, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Singer Asset Finance Company, LLC's Motion for Summary Judgment and opposition thereto, there being no genuine issues of material fact, and movant having shown an entitlement to judgment as a matter of law, it is this _____ day of _____, 2003

**ORDERED**, that Singer Asset Finance Company, LLC's Motion for Summary Judgment is hereby **GRANTED**; and

**FURTHER ORDERED** that all funds paid by Fidelity & Guaranty Life Insurance Company into the Registry of the Court shall be directed to Singer Asset Finance Company, LLC; and

**FURTHER ORDERED** that Fidelity & Guaranty Life Insurance Company is to make future payments under the annuity contract No. 1634331 to Singer Asset Finance Company, LLC until satisfaction of Singer Asset Finance Company, LLC's final money judgment from the Florida Circuit Court against Defendant Myron M. Weaselboy.

_____
**The Honorable William D. Quarles**
**United States District Court for the District of Maryland**

151423
298.7