UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, *et al.*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 02-CV-3629-WDQ |
| MYRON M. WEASELBOY, *et al.*, | : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I HEREBY CERTIFY, that on the 6th day of August 2003, copies of Defendant Singer Asset Company, L.L.C.'s Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c); Memorandum in Support; proposed Order; and Notice of Filing Lengthy Exhibits; and Exhibits "A" through "I" were mailed first-class, postage prepaid, to Myron M. Weaselboy, 6904 Cisco Road, N.W., Albuquerque, NM 87120.

Respectfully submitted,

_____/s/_____
JASON M. ST. JOHN
Trial Bar No. 26384
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202-3282
(410) 332-8520

Attorneys for Singer Asset Finance Company, LLC

187732
1922.11

184714; 2650.1