IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No WDQ-02-CV-3629 |
| | |
| **MYRON M. WEASELBOY, et al.** | * |
| | |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT F&G ASSIGNMENT'S RESPONSE TO DEFENDANT SINGER ASSET FINANCE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Fidelity & Guaranty Assignment, LLC ("F&G Assignment"), a defendant and cross-claim plaintiff, responds to the Motion for Summary Judgment filed by Singer Asset Finance Company, LLC ("Singer") and cross moves for summary judgment on its Cross-Claim.

Singer has moved for summary judgment on all claims raised in the Complaint for Interpleader and Count I of its Cross-Claim. F&G Assignment takes no position with respect to the Court's resolution of claims between Singer and the other interpleader defendant in the case, Myron M. Weaselboy ("Weaselboy"). However, F&G Assignment has filed its own Cross-Claim in the present case. It is the position that whatever the resolution of Singer's Motion for Summary Judgment may be, the Court cannot enter a final judgment in the case until F&G Assignment's Cross-Claim has been addressed.

F&G Assignment seeks in its Cross-Claim the following declarations: (1) A declaration of the correct party to whom Annuity payments are to be paid by F&G Life;

and, (2) A declaration that F&G Assignment shall have no liability to Mr. Weaselboy so long as F&G Life shall make Annuity payments to the party or parties designated by the Court.  Should the Court grant Singer's Motion for Summary Judgment, the first declaration that F&G Assignment seeks Claim shall have been resolved explicitly by the Court.  The second declaration that F&G Assignment seeks implicitly follows from the first declaration.  Accordingly, F&G Assignment respectfully requests that should the Court grant Singer's Motion for Summary Judgment that the Court also enter the declarations that F&G Assignment seeks in its Cross-Claim.

                                            /s/
                                      **H. MARK STICHEL**
Bar No. 02939
Gohn, Hankey & Stichel, LLP
201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-1658

Attorney for Fidelity & Guaranty Assignment, LLC, a Defendant and Cross-Claim Plaintiff