IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,** | * |
| | * |
| Plaintiff, | |
| | * |
| v. | |
| | *   Civil Action No WDQ-02-CV-3629 |
| **MYRON M. WEASELBOY, et al.** | * |
| | |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2003, I caused a copy of Defendant F&G Assignment's Response to Defendant Singer Asset Finance Company, LLC's Motion for Summary Judgment and Cross-Motion for Summary Judgment (Paper # 24) to be served by First Class Mail, postage prepaid, upon:

> Myron M. Weaselboy
> 6904 Cisco Road NW
> Albuquerque, New Mexico 87102

> /s/
> **H. MARK STICHEL**
> Bar No. 02939
> Gohn, Hankey & Stichel, LLP
> 201 North Charles Street
> Suite 2101
> Baltimore, Maryland 21201
> (410) 752-1658
>
> Attorney for Fidelity & Guaranty Assignment, LLC, a Defendant and Cross-Claim Plaintiff