C/m
9/25/03
neb

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP 25  A 8: 45

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

FIDELITY AND GUARANTY        *
LIFE INSURANCE COMPANY,
                             *
    PLAINTIFF,
                             *

v.                                    CASE NO.   WDQ-02-CV-3629

MYRON M. WEASELBOY, et al.

    DEFENDANTS
    *       *       *           *       *         *       *         *

## ORDER

UPON CONSIDERATION OF Fidelity & Guaranty Life Insurance Company's Consent

Motion for Attorneys' Fees and Costs and any opposition thereto, it is this 24th day of

September, 2003,

ORDERED that F&G Life's Motion BE, and HEREBY IS, GRANTED; it is further

ORDERED that F&G Life shall be reimbursed for attorneys fees and costs in the amount

of $2,007.53, to be paid from the next seven (7) payments from Annuity No. I634331; it is

further

ORDERED that in all other respects, the Court's Order granting Singer's Motion for

Summary Judgment entered on September 15, 2003 is reaffirmed.

William D. Quarles
United States District Judge